No. 9454. STATE OF MONTANA upon the Relation of MRS. OLIVER LAMMERS, Relator, v. DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT of the County of Yellowstone, and the Honorable W. R. Flachsenhar, Judge presiding, Respondents.

**614**

Decided, July 15, 1954.

*James H. Morrow, Jr.,* and *Arthur F. Thompson,* Bozeman, for relator.

Per Curiam.

Application for a writ of supervisory control. Relators application for a writ of supervisory control to be directed against the respondents is denied, and the application and proceedings are ordered dismissed without prejudice.